**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                         Case No. _____

**RODRIGUEZ AGOSTO, EDWIN ANIBAL**                Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/16/2016**               ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| **600.00** | | **12** | | **7,200.00** | |
| **750.00** | | **12** | | **9,000.00** | |
| **900.00** | | **12** | | **10,800.00** | |
| **1,050.00** | | **12** | | **12,600.00** | |
| **1,200.00** | | **12** | | **14,400.00** | |

TOTAL: $ **54,000.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **54,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,250.00**

Signed: ***/s/ Edwin Anibal Rodriguez Agosto***
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **CITIMORTGAGE INC**    Cr. _____    Cr. _____
# **0018053389**       # _____      # _____
$ **29,922.43**       $ _____      $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE AUTO**    Cr. _____    Cr. _____
# **458615634**       # _____      # _____
$ **943.00**       $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
     **ANDERSON FINANC**      **CITIMORTGAGE INC**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
           ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*

Attorney for Debtor **Edgardo Veguilla Gonzalez Law Office**        Phone: **(787) 704-3737**

**CHAPTER 13 PAYMENT PLAN**

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)